

**IN THE**
**TENTH COURT OF APPEALS**

## No. 10-16-00278-CV

## EX PARTE R.L.S.

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 1096-A**

# ORDER

The State of Texas's Motion for Corrected Judgment, filed on April 5, 2018, is

dismissed as moot.[1]

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed
Order issued and filed April 18, 2018



---

[1] We appreciate the State drawing the misidentification of a county to our attention.  We note, however, the mistake was made in our opinion, which will be corrected, and not in the Court's judgment.